AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    12-5848

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Wheeler v. Capital One Services et. Al**

was received by me on *(date)* **October 15, 2012**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Certified Mail Return Receipt Requested**

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: **10/25/12**

*Server's signature:* **Simone Reyes**

*Printed name and title:* **McCullough Isenberg, llc**

*Server's address:* **65 W. Street Road, Warminster, PA 18974**

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Capital One Services
   32275 32ND Avenue S.
   Federal Way, WA
   98010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 3090 0000 5761 9170

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — OCT 19, USPS 19053

Sent To: Capital One Services
Street, Apt. No.; or PO Box No.: 32275 32ND Avenue S
City, State, ZIP+4: Federal Way, WA 98010

7010 3090 0000 5761 9170

PS Form 3800, August 2006    See Reverse for Instructions