AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No.   12-5848

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Wheeler v. Capital One bank et al**

was received by me on *(date)* **October 15, 2012**

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: **Certified Mail Return Receipt Requested**

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: **10/25/12**

**Simone Reyes**
*Server's signature*

**McCullough Eisenberg, llc**
*Printed name and title*

**65 W. Street Rd**
**Warminster, PA 18974**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Deliver

1. Article Addressed to:

Capital One Bank USA
4851 Cox Road
Glen Allen, VA
23060

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 3090 0000 5762 2330

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage    $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $

Postmark: OCT 19 2012

Sent To: Capital One Bank USA
Street, Apt. No.; or PO Box No.: 4851 Cox Road
City, State, ZIP+4: Glen Allen, VA 23060

Article Number: 7010 3090 0000 5762 2330

PS Form 3800, August 2006    See Reverse for Instructions