IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WHEELER, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA), N.A., CAPITAL ONE SERVICES, LLC, ROBERT L. BAROSKA and NUDELMAN, KLEMM AND GOLUB, P.C., <br><br> Defendants. | Civil Action No. 12-5848-MSG |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS
<u>CAPITAL ONE BANK (USA), N.A. AND CAPITAL ONE SERVICES, LLC</u>**

Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC move this Court to dismiss Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying memorandum of law, which is incorporated by reference herein.

Respectfully submitted,

Dated: December 13, 2012

/s/ Kevin Batik
Kevin S. Batik
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000
Attorney for Defendants Capital One Bank
(USA), N.A. and Capital One Services, LLC

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via notice delivered by the Court's ECF System on this 13th day of December 2012:

Stuart A. Eisenberg
McCullough Eisenberg, LLC
65 West Street Road, A-105
Warminster, PA 18974

Andrew M. Schwartz, Esq.
Marshall Dennehey Warner Coleman & Goggin, P.C.
2000 Market Street
Philadelphia, PA 19103-4797

/s/ Kevin Batik