### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHEELER,** | **Civil Action No.** |
| Plaintiff, | |
| vs. | 2:12-cv-05848 |
| **CAPITAL ONE BANK (U.S.A.), NA, ET. AL** | **Class Action** |
| Defendants. | |

### DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, <u>Nudelman, Klemm & Golub</u>, a professional corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate parties, _____ in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

Date: <u>December 18, 2012</u>     **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By:   <u>(s) Andrew M. Schwartz /</u> ams121
Andrew M. Schwartz
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
(215) 575-2765/ (215) 575-0856 (f)
AMSchwartz@mdwcg.com
Attorney for Defendant
Nudelman, Klemm & Golub, P.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHEELER,** | **Civil Action No.** |
| Plaintiff, | |
| vs. | 2:12-cv-05848 |
| **CAPITAL ONE BANK (U.S.A.), NA, ET. AL** | Class Action |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Andrew M. Schwartz, Esquire, do hereby certify that a true and correct copy of the Corporate Disclosure Statement Form of Defendant, Nudelman, Klemm & Golub, PC, was served upon all counsel by ECF on <u>December 18, 2012</u>.

By:  <u>(s) Andrew M. Schwartz /</u> ams121
Andrew M. Schwartz
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
(215) 575-2765/ (215) 575-0856 (f)
Attorney for Defendant
Nudelman, Klemm & Golub, P.C.