IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WHEELER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | : : : : | **CIVIL ACTION** |
| **Plaintiffs,** | : : | |
| v. | : : | No. 12-5848 |
| **CAPITAL ONE BANK (USA), N.A. et al.,** | : : | |
| **Defendants.** | : : : | |

**O R D E R**

**AND NOW**, this 14th day of January, 2013, upon receipt of correspondence from Plaintiff's counsel requesting an additional thirty days to respond to the "Motion to Dismiss Plaintiff's Complaint by Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC" (Doc. No. 11), Plaintiffs' request is **GRANTED**. Plaintiffs must respond to Defendants' Motion to Dismiss by **February 12, 2013**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**