# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WHEELER, *ET AL* | : | CIVIL ACTION |
| | : | |
| **Plaintiff** | : | 2012-cv-05848 MSG |
| | : | |
| v. | : | |
| | : | |
| CAPITAL ONE BANK (USA), N.A. *ET AL.*, | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)A)(ii)

It is hereby stipulated and agreed by and between the respective undersigned attorneys for Plaintiff, Robert Wheeler, and Defendants, Capital One Bank (USA), N.A., Capital One Services, LLC, and Nudelman, Klemm & Golub, P.C., that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the captioned case is dismissed with prejudice, the matter having been amicably resolved

**[INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| /s/ Stuart A. Eisenberg | /s/ Kevin Batik |
| Stuart A. Eisenberg, Esq. | Kevin Batik, Esq. |
| McCullough Eisenberg, LLC | McGUIRE WOODS, LLP |
| 65 West Street Road, A-105 | 625 Liberty Avenue, 23rd Floor |
| Warminster, PA 18974 | Pittsburgh, PA 15222 |
| (215) 957-6411 | (412) 667-7986 |
| mlawoffice@aol.com | kbatik@mcguirewoods.com |
| Attorneys for Plaintiff | Attorneys for Capital One Defendants |

/s/ Andrew M. Schwartz
Andrew M. Schwartz, Esquire
Marshall Dennehey Warner Coleman & Coggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2765
Fax: 215-575-0856
amschwartz@mdwcg.com

So Ordered this         day of                 , 2013:

_____
Mitchell S. Goldberg, J.