IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WHEELER, *ET AL* | : | CIVIL ACTION |
| Plaintiff | : | 2012-cv-05848 MSG |
| v. | : | |
| CAPITAL ONE BANK (USA), N.A. *ET AL.,* | : | |
| Defendants | : | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)A)(ii)

It is hereby stipulated and agreed by and between the respective undersigned attorneys for Plaintiff, Robert Wheeler, and Defendants, Capital One Bank (USA), N.A., Capital One Services, LLC, and Nudelman, Klemm & Golub, P.C., that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the captioned case is dismissed with prejudice, the matter having been amicably resolved

[INTENTIONALLY LEFT BLANK]

DMEAST #11301708 v1

/s/ Stuart A. Eisenberg
Stuart A. Eisenberg, Esq.
MCCULLOUGH EISENBERG, LLC
65 West Street Road, A-105
Warminster, PA 18974
(215) 957-6411
mlawoffice@aol.com
Attorneys for Plaintiff

/s/ Kevin Batik
Kevin Batik, Esq.
McGUIRE WOODS, LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
(412) 667-7986
kbatik@mcguirewoods.com
Attorneys for Capital One Defendants

/s/ Andrew M. Schwartz
Andrew M. Schwartz, Esquire
Marshall Dennehey Warner Coleman & Coggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2765
Fax: 215-575-0856
amschwartz@mdwcg.com

So Ordered this 28th day of January, 2013:

_____
Mitchell S. Goldberg, J.